AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Bryan Horgan | ) | 24-5130-MJ-JGD |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 13, 2023_____ in the county of _____Suffolk_____ in the _____ District of ____Massachusetts____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Bryce Montoya, incorporated herein.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Bryce Montoya, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____04/24/2024_____

_____
_Judge's signature_

City and state: _____Boston, MA_____        Honorable Judith G. Dein, U.S. Magistrate Judge
_Printed name and title_