24-5130-MJ-JGD

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Bryce Montoya, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent with the FBI since May 2018. I am currently assigned to the FBI Boston Child Exploitation and Human Trafficking Task Force, where I investigate Violent Crimes Against Children ("VCAC"). While employed by the FBI, I have investigated federal criminal violations related to, among other things, the online sexual exploitation of children. As a Special Agent with the FBI, I have conducted numerous investigations into the production, attempted production, distribution, receipt, and possession of child pornography, to include executing federal search warrants and criminal complaints. Additionally, prior to my assignment on the Child Exploitation and Human Trafficking Task Force, I was assigned to the Boston Division Lakeville Resident Agency, where I investigated VCAC and Human Trafficking violations, and participated in fraud, narcotics, and white-collar investigations. During my training at the FBI Academy in Quantico, Virginia, I received training on a variety of criminal investigative matters relating to conducting these types of investigations.

2. I make this affidavit in support of a criminal complaint and arrest warrant charging Bryan Horgan ("Horgan"), YOB 1965, of Boston, Massachusetts, with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

3. The statements in this Affidavit are based on my own involvement in the investigation; information provided by other FBI Special Agents, analysts, and other law enforcement officers; information obtained from other individuals; my review of records; and my training and background as a Special Agent with the FBI. Where statements of others are set forth

in this affidavit, they are set forth in sum and substance and are not intended to be a verbatim record of those statements. This affidavit is intended to show merely that there is probable cause to secure a criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

### Background

4. On August 25, 2023, the Boston Police Department received from the Massachusetts State Police Cyber Crimes Unit a CyberTip[1] report from NCMEC regarding child pornography.

5. Via that CyberTipline report, Microsoft reported that a user had uploaded material that Microsoft believed was child pornography to a Microsoft OneDrive account.[2] Microsoft provided the ESP User ID associated with the uploading account; the IP address that uploaded the files to the cloud storage account; date and time Microsoft observed the material on the cloud storage account; and material believed to be child pornography.

6. Specifically, Microsoft identified the ESP User ID 115974c378724 and IP address 173.76.193.82 as being associated with the uploading account for 49 suspected child pornography

---

[1] The National Center for Missing and Exploited Children (NCMEC) oversees the CyberTipline, the national online clearinghouse for tips and leads about child sexual exploitation. The CyberTipline is the method through which electronic service providers (ESPs) must report, among other things, the use of their services to violate laws related to child pornography. Those reports must include information related to the identity of the individual who appears to have committed the violations, information related to the geographic location of the individual, information regarding the transmission and discovery of the reported content, and copies of apparent child pornography related to the reported incident. Using publicly available search tools, NCMEC then attempts to locate where the activity occurred based on the information the ESP provides, such as IP addresses. NCMEC then packages the information from the ESP along with any additional information it has, such as previous related CyberTipline reports, and sends it to law enforcement in the jurisdiction where the activity is thought to have occurred.

[2] Microsoft OneDrive is a file hosting service operated by Microsoft that allows registered users to store, share, and sync their files.

files. All the files appear to have been uploaded on July 6, 2023 between approximately 14:25:19 UTC and 14:27:58 UTC.

  7. I have viewed the content of the CyberTipline Report and the following is a brief summary of three images referenced therein:[3]

  a. File Name: 3f38732d-e04f-4457-bc4d-c3a295375d48.jpg. This image was uploaded to the suspect OneDrive account on July 6, 2023 at approximately 14:25:23 UTC. In this image, a prepubescent male child can be seen laying on his back. The child is visible from the neck down. The child is fully nude in the image, and his genitals are visible. Based upon the child's lack of body development and size, the child appears to be 5-8 years old. On the child's stomach, testicles and upper leg, a clear liquid appearing to be semen can be observed.

  b. File Name: b6dcc49f-2b44-4869-9b25-d1ff206f9da5.jpg. This image was

---

[3] I am aware that the "preferred practice" in the First Circuit is that a magistrate judge view images that agents believe constitute child pornography by virtue of their lascivious exhibition of a child's genitals. *United States v. Brunette*, 256 F.3d 14, 17-19 (1st Cir. 2001) (affiant's "legal conclusion parroting the statutory definition […] absent any descriptive support and without an independent review of the images" insufficient basis for determination of probable cause). Here, however, the descriptions offered "convey to the magistrate more than [my] mere opinion that the images constitute child pornography." *United States v. Burdulis*, 753 F.3d 255, 261 (1st Cir. 2014) (distinguishing *Brunette*). The children described herein are approximately 4 to 10 years old – in all events, younger than eighteen. Furthermore, the descriptions of the files here are sufficiently specific as to age and appearance of the alleged children as well as the nature of the sexual conduct pictured in each file, such that the Court need not view the files to find that they depict child pornography. *See United States v. Syphers*, 426 F.3d 461, 467 (1st Cir. 2005) ("The best practice for an applicant seeking a warrant based on images of alleged child pornography is for an applicant to append the images <u>or provide a sufficiently specific description of the images</u> to enable the magistrate judge to determine independently whether they probably depict real children.") (emphasis added); *see also United States v. LaFortune*, 520 F.3d 50, 56 (1st Cir. 2008) (similarly emphasizing *Syphers* court's use of "or" in describing the *Brunette* "best practice"). Where I have included such nonconclusory, sufficiently specific description, this Court need not view the imagery to find that they depict child pornography. Nonetheless, the described imagery is available for review at the Court's request.

uploaded to the suspect OneDrive account on July 6, 2023 at approximately 14:27:06 UTC. In this image, a prepubescent male child can be seen laying on his back and can be observed from the chest up. Based upon lack of body development and facial features, the child appears to be approximately 6-10 years old. The child's face is fully visible, he has his eyes closed and mouth open. A penis can be seen in the image above the child. The penis appears to be urinating onto the child's face and body.

c. File Name: 032092f3-5c34-4d08-a983-b717e06d6003.jpg. This image was uploaded to the suspect OneDrive account on July 6, 2023 at approximately 14:27:56 UTC. In this image, a prepubescent male child can be seen lying on his back, completely nude. The child's face is not visible in the image. Based upon lack of body development and size, the child appears to be 4-8 years old. An adult male can be seen performing oral sex on the child.

### Identification of the SUBJECT

8. Verizon provided information related to IP address 173.76.193.82. The customer's name is Bryan Horgan, with an address in Dorchester, MA and phone number ending in 8938. The customer's username is a Hotmail address that includes HORGAN's name. The IP address was assigned to the address beginning on October 1, 2022 and was still assigned as of the date of the subpoena return.

9. HORGAN was previously convicted in the Suffolk Superior Court (Docket 07-11066) of rape of a child, assault to rape a child, indecent assault and battery on a child, disseminating obscene material to a minor, and possession of child pornography. Records from the Criminal Justice Information Services ("CJIS") indicate that HORGAN is a Level 3 sex

offender. The records also revealed a Massachusetts driver's license with an address consistent with the Verizon information.

### Search Warrants of HORGAN'S Residence & Person

10. On September 12, 2023 two search warrants were issued by the Honorable Judith G. Dein, one for the Dorchester, MA residence and the other for person of Bryan HORGAN. *See* 23-MJ-5368-JGD; 23-MJ-5370-JGD.

11. On September 13, 2023, agents executed the federal search warrants. At that time, HORGAN was encountered at the Dorchester, MA residence. Agents advised HORGAN of his rights pursuant to *Miranda*. HORGAN indicated that he understood; he stated that he lived alone, and that he had lived in Dorchester for approximately 20 years. HORGAN then requested to speak with an attorney, and the interview was terminated.

12. Agents observed multiple electronic devices inside the residence. An HP Pro desktop computer was powered on and unlocked. An FBI Digital Forensic Examiner, utilizing computer forensic software, was able to locate potential passwords saved within HORGAN's HP Pro desktop computer. The FBI Digital Forensic Examiner also noted that the computer contained encryption software and was therefore unable to be fully reviewed on-site.

13. Agents also observed an ASUS laptop. This laptop was password protected and required a pin to unlock the device. Agents entered "6969"[4], which unlocked the laptop. The laptop was then placed into airplane mode.[5] Upon initial on-site review of that device, multiple

---

[4] "69" was frequently utilized in combination with other passwords located within the passwords recovered from HORGAN's HP Pro desktop computer.

[5] The preferred practice by law enforcement is to place a device which has been seized into "airplane mode" before removing it from the scene or otherwise examining it. This disables data usage on that device and prevents an individual from remotely accessing the device.

filenames could be observed containing words/phrases that, based on my training and experience, I recognize as being indicative of child pornography, including 11yo-12yo-Boy-Fucks-OnSofa-31m12s.avi; MB_2012_man_fuck_little_boy_in_ass_ brilliant.wmv; and [boy + boy]10yo&13yo.avi. The file path for the listed file names was users/bryan/OneDrive/Desktop/porn.

14. Agents were unable to view these video files on-site because the computer was in airplane mode. Based upon the file path listed above, the video files appear to have been backed up to OneDrive. OneDrive accounts observed within the ASUS laptop were associated with two Hotmail addresses, one of which included HORGAN's name and is the same as the username for the IP address from which child pornography files were uploaded.

15. I have also partially reviewed one cell phone seized from the Dorchester residence. The cellphone is a pink Samsung SM-G991U with IMEI: 358822630204548. Within the device there are several email addresses that include at least some part of HORGAN's name. Additionally, the "device user" is listed as "Bryan Horgan." Several video files of child pornography have been observed on the device. Below are descriptions of three video files.

    a. A video titled "1_4906923689557899784.mp4" that is approximately 16 seconds in length. In this video, an infant, whose gender cannot be determined, can been seen laying on its back. The infant can be seen from the belly up, and based upon size, lack of body development, and facial features, appears to be approximately 6 months to one year old. An adult male, whose face cannot be seen, can be observed using one hand to insert his penis into the infant's mouth, while another hand holds the infant's head still. The male then ejaculates into the child's mouth and on the

child's face. The child can be observed crying in the video.

b. A video titled "1_5077836535802364173.mp4" that is approximately 19 seconds in length. In this video, a prepubescent male child who, based upon lack of body development and his facial features, appears to be approximately 5-9 years old, can be observed. The child is wearing a gray t-shirt and an adult male, whose face cannot be seen, is inserting his penis into the child's mouth. The adult male has his hand placed on the child's upper shoulder and neck area while the male inserts his penis into the child's mouth.

c. A video titled "1_4922754230340551083.mp4" that is approximately 48 seconds long. In this video, a prepubescent male child can be seen nude from the waist down. The child's thighs and genitals can be observed. Based upon the size of the child and the lack of pubic development, the child appears to be approximately 2-4 years old. An adult male, whose face cannot be seen, can be observed inserting his penis into the child's anus.

16. A full forensic review of all seized devices is ongoing.

## CONCLUSION

17. Based upon the foregoing, I respectfully submit that there is probable cause to believe that on or about September 13, 2023, Bryan HORGAN knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and

24-5130-MJ-JGD

shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

Sworn to under the pains and penalties of perjury,

*Bryce Montoya*
Special Agent Bryce Montoya
Federal Bureau of Investigation

Sworn before me by telephone in accordance with Fed. R. Crim. P. 4.1 this 24th day of April, 2024.

*Judith Gail Dein*
HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE